

United States Courts
Southern District of Texas
ENTERED

NOV 2 4 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BLAIR, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-5470 |
| | § | |
| FLUOR CORPORATION, | § | A JURY REQUESTED |
| a/k/a FLUOR ENTERPRISES, INC. | § | |

## FINAL JUDGMENT

The Court, having considered the Joint Motion to Dismiss:

GRANTS the Motion and dismisses this lawsuit with prejudice to refiling.

SIGNED on _____Nov. 19_____, 2004.

_____
UNITED STATES DISTRICT JUDGE

3